**99–6.   Kimberly Y. v. Charles M.**
Lucas App. No. L–98–1163.   On motion for stay of judgment of court of appeals.   Motion granted; *sua sponte*, discretionary appeal allowed;   cause held for the decision in 97–2398, *Cuyahoga Child Support Enforcement Agency v. Guthrie*, Cuyahoga App. No. 72216;   briefing schedule stayed.

# DISCRETIONARY APPEALS ALLOWED

**98–2225.   State v. Jeffers.**
Hamilton App. No. C–980150.   Discretionary appeal allowed;   *sua sponte*, cause held for the decision in 98–1779, *State v. Conyers*, Lucas App. No. L–97–1327, and 98–1929, *State v. Schultz*, Hamilton App. No. C–970954;   briefing schedule stayed.

**98–2276.   State v. Bruni.**
Stark App. No. 98CA00105.   Discretionary appeal allowed;   *sua sponte*, cause held for the decision in 98–1627, *State v. Calhoun*, Lake App. No. 97–L–063;   briefing schedule stayed.
    DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**98–2292.   State v. Koogler.**
Franklin App. No. 98AP–219.   Discretionary appeal allowed;   *sua sponte*, cause held for the decision in 98–2603, *State v. Edmonson*, Portage App. No. 97–P–0067;   briefing schedule stayed.
    F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–2336.   State v. Hawkins.**
Summit App. No. 18765.
    DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**98–2358.   McCullen v. Ohio State Univ. Hosp.**
Franklin App. Nos. 97API10–1301 and 97API10–1324.
    MOYER, C.J., would allow on Propositions of Law Nos. II and III only.
    COOK and LUNDBERG STRATTON, JJ., dissent.

**98–2383.   State ex rel. State Teachers Retirement Bd. v. W. Geauga Local School Dist. Bd. of Edn.**
Geauga App. Nos. 97–G–2066 and 97–G–2067.
    F.E. SWEENEY and COOK, JJ., dissent.

**98–2386.   Bielat v. Bielat.**
Summit App. No. 18930.
    RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.

**98–2543.   Marshall v. Ortega.**
Cuyahoga App. No. 72096.   Discretionary appeal allowed;   *sua sponte*, cause consolidated with 98–2610, *supra*.
    DOUGLAS, RESNICK and PFEIFER, JJ., dissent.